UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BENJAMIN BRUCE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5323** |
| **KEITH DEVILLE** | **SECTION: "F" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Benjamin Bruce is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  6th  day of     March    , 2019.

*[signature]*
**MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE**